SEAMAN, Appellant, v. FLEISCHMAN, Respondent. (Supreme Court, Appellate Term.

October 4, 1899.) Action by Egbert B. Seaman against Sophie Fleischman. From a judgment in favor of defendant, plaintiff appealed. Affirmed. Hugo S. Mack, for appellant. Shipman, Larocque & Choate, for respondent.

PER CURIAM. Judgment affirmed, with costs.